**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-01463-KMT

KATHERINE WARRINGTON,

Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

Defendant.

## ORDER RE: STIPULATED MOTION TO DISMISS

THIS MATTER having come before the Court upon the parties' Stipulated Motion to Dismiss (Doc. No. 15), and the Court having reviewed the Stipulated Motion and being sufficiently advised in the premises;

DOES ORDER that the above-captioned matter be DISMISSED WITH PREJUDICE, each party to pay its own fees, costs and expenses.

DONE this 29th ay of September, 2015.

BY THE COURT:

_[signature]_

Kathleen M. Tafoya
United States Magistrate Judge